IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

OLAMIDE OLATAYO BELLO,       §
#65100510                    §
                             §    CIVIL CASE NO. 4:24-CV-363
VS.                          §
                             §
SHERIFF MARK JOHNSON         §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 26, 2025, the Report of the Magistrate Judge (Dkt. #30) was entered containing proposed findings of fact and recommendations that this habeas petition filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice as premature.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this habeas petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this civil action.

So ORDERED and SIGNED this 25th day of March, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE